# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 4:23-cr-383-CLM-NAD** |
| ) | |
| **AIMAN AKRAM KAIF et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>MOTION TO WITHDRAW</u>

The undersigned requests the Court to remove him as attorney of record in this matter. The United States will be represented in this matter by Assistant United States Attorney John M. Hundscheid.

Respectfully submitted on April 30, 2025.

> PRIM F. ESCALONA
> United States Attorney
>
> */s/ Edward J. Canter*
> EDWARD J. CANTER
> Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Edward J. Canter*
EDWARD J. CANTER
Assistant United States Attorney