# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 4:23-cr-383-CLM-NAD** |
| ) | |
| **AIMAN AKRAM KAIF, et al.** ) | |

## <u>NOTICE OF APPEARANCE</u>

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Brett A. Janich, Assistant United States Attorney, and gives this Honorable Court notice of the appearance of Assistant United States Attorney, Brett A. Janich, as Co-Counsel for the government in the above-styled case.

Respectfully submitted this 20th day of May 2025.

                                                             PRIM F. ESCALONA
                                                           United States Attorney

                                                           */s/ Brett A. Janich*
                                                           BRETT A. JANICH
                                                           Assistant United States Attorney

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system which will send notification of such filing to all parties of record on this the 20th day of May 2025.

                                          */s/ Brett A. Janich*
                                          BRETT A. JANICH
                                          Assistant United States Attorney